No. 00–7156. MACKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7161. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7163. WISEMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7164. AHANOTU v. DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–7166. JOHNSTON v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–7170. MAYNARD v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–7172. LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7174. SEALED JUVENILE 1 v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7175. PIERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7176. PRICE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–7182. STEPHENS v. ROBINSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7184. DUNN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7185. CHAVARRIA-ESPARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7187. CENDEJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7188. CHRISTMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7192. ROBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.